■ The People of the State of New York, Respondent, v. Alfred Carl Juhl, Appellant. — Order unanimously reversed and matter remitted to Ontario County Court for a hearing upon the ground that the allegations of defendant's petition raise issues of fact which entitled him to a hearing on the merits. (*People* v. *Weldon*, 17 N Y 2d 814.) (Appeal from order of Ontario County

Court denying, without a hearing, motion to vacate judgment of conviction for grand larceny, second degree, rendered November 22, 1965.) Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.